# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2427
LT Case No. 2024-CC-001846

_____

PABLO DOU,

    Appellant,

    v.

JUDITH CASTILLO,

    Appellee.

_____

On appeal from the County Court for Marion County.
Lori Cotton, Judge.

Pablo Dou, Ocala, pro se.

Felix G. Montanez, of The Law Office of Felix G. Montanez, P.A., Tampa, for Appellee.

May 5, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and WALLIS and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____